# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 06-2127

———————

| | | |
|---|---|---|
| Stephen W. Carlson, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Kelly Services, Inc.; American Express | * | District of Minnesota. |
| Financial Corporation; International | * | |
| Multifoods Corporation; General Mills, | * | [UNPUBLISHED] |
| Inc., | * | |
| | * | |
| Appellees. | * | |

———————

Submitted: July 24, 2007
Filed: July 26, 2007

———————

Before WOLLMAN, COLLOTON, and BENTON, Circuit Judges.

———————

PER CURIAM.

Stephen Carlson challenges the district court's[1] judgment dismissing his lawsuit as barred by the doctrines of claim and issue preclusion. Following careful de novo review, we affirm for the reasons provided by the district court. See 8th Cir. R. 47B.

————————————————

[1]The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Susan Richard Nelson, United States Magistrate Judge for the District of Minnesota.